## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VINCENT CARUSO<br><br>v.<br><br>J&M WINDOWS, INC. | CIVIL ACTION<br><br>NO. 18-770 |
|---|---|

### ORDER

**AND NOW**, this 21st day of September, 2018, upon a review of Defendant's Motion to Dismiss without Prejudice to Arbitration (ECF 8), Plaintiff's Response thereto (ECF 11), and Defendant's reply thereto (ECF 13), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is **DENIED** without prejudice.

It is further ORDERED that all proceedings are **STAYED** until further Order of the Court as follows:

1. The case shall be transferred to the Civil Suspense File;
2. The Clerk of the Court shall mark this case closed for statistical purposes;
3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;
4. Counsel shall provide a written status report to the Court every six (6) months; and
5. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J

O:\CIVIL 18\18-770 CARUSO V J&M WINDOWS\18CV770 MTD ORDER.DOCX